IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD J. MERRALL, )
)
        Plaintiff, )
) Civil No. 04-3008-CO
v. )
) ORDER
GALE NORTON, et al., )
)
        Defendants. )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on October 11, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. This case is dismissed for failure to prosecute and failure to comply with the court's order.

IT IS SO ORDERED.

DATED this 3rd day of Nov., 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE